IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No: CR 03-00561ACK-01 |
| Plaintiff(s), | |
| vs. | |
| MARK K. HUBBARD, | |
| Defendant(s). | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 2 2005

at 2 o'clock and 05 min. PM
SUE BEITIA, CLERK

## JUDGMENT OF ACQUITTAL

On December 14, 2004, the Jury found Defendant MARK K. HUBBARD, not guilty on counts 1, 2, 3. Accordingly, judgment of acquittal on counts 1, 2, 3 is entered in favor of Defendant. All pretrial conditions pertaining to Defendant are terminated. If Defendant is in custody, Defendant is discharged, and if any bond exists it is exonerated.

Dated at Honolulu, Hawaii on   SEP 1 2 2005   .

_____
Alan C. Kay
Senior United States District Judge
received 9/12/05

cc: USPO, PTS, USMASD